| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Wake, Neil V. | 2. Court or Organization U.S. District Court, Arizona | 3. Date of Report 09/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 401 W. Washington St, SPC 52 Phoenix, AZ 85003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Law Offices of Neil Vincent Wake Money Purchase Plan (I am sole beneficiary) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Wake , Neil V.

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Self-employed attorney and mediator |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo accounts | A | Interest | J | T | | | | | |
| 2. Apache Peak Inv., LLC | | None | M | U | | | | | |
| 3. Whetstone Dev. Co. (common stock) (X) | | None | J | U | | | | | |
| 4. Interstate Ventures V Ltd. Ptshp | B | Distribution | L | U | | | | | |
| 5. BROKERAGE ACCT # 1 | | | | | | | | | |
| 6. --Morgan Stanley Active Assets Mon Tr (Liquid Asset Fund) | A | Dividend | J | T | | | | | |
| 7. IRA # 1 | | | | | | | | | |
| 8. --MS Charter Campbell LP | | None | J | T | | | | | |
| 9. --MS CharterMSFCM LP | | None | J | T | | | | | |
| 10. --MS Charter Grahan LP | | None | J | T | | | | | |
| 11. IRA # 3 | C | Dividend | K | T | | | | | |
| 12. --Morgan StanleyLiquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 13. --MS Charter Aspect LP | | None | J | T | | | | | |
| 14. --MS Charter Graham | | None | J | T | | | | | |
| 15. --MS Charter WCM LP | | None | J | T | | | | | |
| 16. UTMA Acct # 3 | | | | | | | | | |
| 17. --Liquid Asset Fund (MM) | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. BROKERAGE ACCT # 3 | | | | | | | | | |
| 19. --SEI Tax-Free Fund (MM) | | None | K | T | Sold (part) | 10/19/10 | K | | |
| 20. --SEI Intermediate-Term Municipal Fund (Mut Fd) | B | Dividend | K | T | Sold (part) | 10/19/10 | J | | |
| 21. --SEI Short Duration Munical Fd | B | Dividend | K | T | Sold (part) | 10/19/10 | K | | |
| 22. --STET Tax-Advantaged Income Fd # 19 | A | Dividend | L | T | Sold (part) | 10/19/10 | J | | |
| 23. --SEI Tax Managed Volatity Fd | A | Dividend | K | T | Sold (part) | 10/19/10 | K | | |
| 24. --SEI Real Esate Fd | A | Dividend | K | T | Sold (part) | 10/19/10 | J | | |
| 25. ING USA Annuity & Life Ins Co (annuity) | | None | N | T | | | | | |
| 26. Amer. Inv. Life Ins. (AVIVA) Co. (annuity) | | None | M | T | | | | | |
| 27. BROKERAGE ACCT # 4 | | | | | | | | | |
| 28. --SEI Intermed. Term Municipal Fd | A | Dividend | J | T | Sold (part) | 10/19/10 | J | | |
| 29. --Cisco Systems Inc (common) | | None | J | T | | | | | |
| 30. --SEI Short Duration Municipal Fd | B | Dividend | L | T | Sold (part) | 10/19/10 | L | | |
| 31. --STET Tax-Advantaged Income Fd # 19 | A | Dividend | J | T | Sold (part) | 10/19/10 | J | | |
| 32. --SEI Tax Managed Volatity Fd | A | Dividend | J | T | Sold (part) | 10/19/10 | J | | |
| 33. --SEI RealEsate Fd | A | Dividend | J | T | Sold (part) | 10/19/10 | J | | |
| 34. --SEI Tax-Free Fd | | Distribution | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Realty Capital (common stock) | | None | M | T | Buy | 10/20/10 | L | | |
| 36. Healthcare Trust of America (common stock) | | None | M | T | Buy | 10/20/10 | M | | |
| 37. BROKERAGE ACCT # 5 | | | | | | | | | |
| 38. --SEI High Yield Bond Fund (Mut Fd) | A | Dividend | | | Sold | 07/22/10 | J | | |
| 39. --SEI Prime Obligation Fund (Money Market) | A | Dividend | | | Sold | 07/22/10 | M | | |
| 40. --SEI Prime Obligation Fund (Money Market) | | None | | | Sold | 07/22/10 | J | | |
| 41. --SIMT Enhanced Income (Fd) | A | Dividend | | | Sold | 07/22/10 | L | | |
| 42. --SEI Managed Volatility Fd | A | Dividend | | | Sold | 07/22/10 | K | | |
| 43. --SEI Real Estate Fd | A | Dividend | | | Sold | 07/22/10 | K | | |
| 44. --SIMT Global Managed Volatility Fd | A | Dividend | | | Sold | 07/22/10 | K | | |
| 45. Jackson Nat. Life Ins. Co. (annuity) | | None | P1 | T | Buy (add'l) | 07/23/10 | N | | |
| 46. Pinal County, AZ, land | | None | L | W | | | | | |
| 47. Mohave County, AZ, land | | None | J | W | | | | | |
| 48. Roth IRA # 4 | | | | | | | | | |
| 49. --Morgan Stanley Liquid Asset Fund (Mut Fd) | A | Dividend | J | T | Sold | 05/07/10 | J | | |
| 50. Manulife Financial Life Ins | | None | | | Sold | 08/13/10 | K | A | |
| 51. Nationwide Life Ins. Co.--adjustable life ins | | None | K | T | Buy | 08/24/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Section 529 Account | | | | | | | | | |
| 53. --Ivy Capital Apprec. E (422) | | None | K | T | | | | | |
| 54. IRA # 5-- | | | | | | | | | |
| 55. --Allianz Life Ins Co of North Am (annuity) | | None | | | Sold | 10/28/10 | N | | |
| 56. --Aviva Life and Annuity Co (annuity) | | None | N | T | Buy | 10/29/10 | N | | |
| 57. Trust # 5 (beneficiaries) | | | | | | | | | |
| 58. --SEI Prime Obligation Fund | B | Int./Div. | L | T | | | | | |
| 59. IRA # 6 | | | | | | | | | |
| 60. --Morgan Stanely Liquid Assets Fund | A | Dividend | J | T | | | | | |
| 61. --BlackrockGlobal Allocation C | | None | | | Buy | 04/30/10 | K | | |
| 62. BROKERAGE ACCT # 6 | | | | | | | | | |
| 63. --Van Kampen Grw & Inc A | A | Dividend | K | T | | | | | |
| 64. --Ivy Large Cap Grw A Fd | A | Dividend | K | T | | | | | |
| 65. --Amer Balanced Fd | B | Dividend | L | T | | | | | |
| 66. Callon Petroleum Co (common) | | None | J | T | | | | | |
| 67. BROKERAGE ACCT # 8 | | | | | | | | | |
| 68. --Morgan Stanley Bank | A | Interest | M | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)           U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 79. --American GR FD of America F | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 09/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature: s/ Neil V. Wake

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544